```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


SUZETTE M. JELINEK,             )
                                )
    Plaintiff,                  )
                                )
                                )     CIVIL ACTION NO.
    v.                          )       3:12cv462-MHT
                                )           (WO)
THE UTILITIES BOARD OF          )
TUSKEGEE, a Public Utility      )
organized under the laws        )
of the State of Alabama;        )
WILLIE C. ANDERSON,             )
individually and in his         )
official capacity with the      )
Utilities Board;                )
HAROLD WASHINGTON,              )
individually and in his         )
official capacity with the      )
Utilities Board;                )
LUTALO K. ARYEE,                )
individually and in her         )
official capacity with the      )
Utilities Board;                )
MAE DORIS WILLIAMS,             )
individually and in her         )
official capacity with the      )
Utilities Board;                )
GEORGETTE WHITE-MOON,           )
individually and in her         )
official capacity with the      )
Utilities Board;                )
MARK ENNIS, individually        )
and in his official             )
capacity as General             )
```

```
Manager of the Utilities      )
Board of Tuskegee;            )
GERALD LONG, individually     )
and in his official           )
capacity as Chief             )
Financial Officer of the      )
Utilities Board               )
of Tuskegee,                  )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Utilities Board of Tuskegee, Willie C. Anderson, Harold Washington, Llutalo K. Aryee, Mae Doris Williams, Georgette White-Moon, Mark Ennis, and Gerald Long's motion for summary judgment (doc. no. 28) is granted.

(2) Judgment is entered in favor of defendants Utilities Board of Tuskegee, Anderson, Washington, Aryee, Williams, White-Moon, Ennis, and Long and against plaintiff Suzette M. Jelinek, with plaintiff Jelinek taking nothing by her complaint.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Jelinek, for which execution my issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of October, 2013.

                           /s/ Myron H. Thompson   
                        **UNITED STATES DISTRICT JUDGE**